UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                   )
NATIONAL I.A.M. BENEFIT TRUST,     )
  et al.,                          )
                                   )
                  Plaintiffs,      )
                                   )
     v.                            )  Case No. 07CV0124 RWR
                                   )
SPAULDING ELECTRIC COMPANY,        )
   INC.,                           )
                                   )
                  Defendant.       )
_____)
```

## AFFIDAVIT OF SERVICE

I, Dalton Walker, Jr., being duly authorized to make service of the Summons & Complaint in the above entitled action, hereby depose and say:

I am over the age of twenty-one years.

I am not a party to or otherwise interested in the suit.

My business address is: 19531 Lyndon, Detroit, MI 48223.

At 2:52 p.m. on the 5th day of February, 2007, I served the within named defendant, Spaulding Electric Company, Inc., by leaving a copy of the Summons & Complaint with William G. Spaulding, President, at 1350 Michigan Avenue, Detroit, Michigan 48226.

/S/ _____
Process Server

Subscribed and sworn to before me this 6th day of February, 2007.

/S/ _____
Elizdine Heathington
Notary Public

My Commission expires on August 16, 2011.

Case 1:07-cv-00214-RWR   Document 2   Filed 02/21/2007   Page 2 of 2